| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Nixon, John T | 2. Court or Organization United States District Court | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge, U.S.District Ct | 5. ReportType (check appropriate type) ○ Nomination, Date 5/16/1980 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 745 U.S. Courthouse Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| - POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Administrator | Trust #1 |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 19 12 23 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nixon, John T | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nixon, John T | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

☐ NONE  (No reportable income, assets, or transactions)

| # | Asset | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Bell Atlantic Corp | ▓ | Dividend | ▓ | T | | | ▓ | ▓ | John T. Nixon |
| 2. | Tennessee Treasury Dept. Unclaimed Funds | ▓ | None | S | T | | | ▓ | ▓ | John T. Nixon |
| 3. | Exxon Mobil Corp ▬ | ▓ | None | S | T | | | ▓ | ▓ | John T. Nixon |
| 4. | Coca Cola Com ▬ | ▓ | None | T | T | | | ▓ | ▓ | John T. Nixon |
| 5. | Bell South Corp ▬ | ▓ | None | S | T | | | ▓ | John T. Nixon |
| 6. | BellSouth Corp | ▓ | Dividend | | T | | | ▓ | ▓ | John T. Nixon |
| 7. | Centl Sowest Corp. | A | Dividend | S | ▓ | | | ▓ | ▓ | John T. Nixon |
| 8. | COCA COLA Com | ▓ | Dividend | S | T | | | ▓ | ▓ | John T. Nixon |
| 9. | Entergy Corp New | ▓ | Dividend | S | T | | | ▓ | ▓ | John T. Nixon |
| 10. | Lucent Technologies Inc. | ▓ | None | ▓ | T | | | ▓ | ▓ | John T. Nixon |
| 11. | Piedmont Natrl Gas N C | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | John T. Nixon |
| 12. | Albertsons Inc | ▓ | None | ▓ | T | | | ▓ | ▓ | John T. Nixon |
| 13. | Exxon Mobil Corp | ▓ | Dividend | ▓ | T | | | ▓ | ▓ | John T. Nixon |
| 14. | New Century Energies | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | John T. Nixon |
| 15. | SBC Communications | A | Dividend | ▓ | ▓ | | | ▓ | ▓ | John T. Nixon |
| 16. | Sempra Energy | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | John T. Nixon |
| 17. | Vodafone Airtouch SP | A | Dividend | M | ▓ | | | ▓ | ▓ | John T. Nixon |
| 18. | Two parcels of land, Henderson Co., TN, & Calhoun Co. Ala.* | ▓ | None | ▓ | W | None | | ▓ | ▓ | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nixon, John T | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.    XCEL ENERGY INC | ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | | | ▮▮▮ | ▮▮▮ | John T. Nixon |
| 20.    . | ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | | | ▮▮▮ | ▮▮▮ | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

All stocks, money, etc. assets have been distributed as of 1998 to ████ and ████, my ████ and myself. The Estate (Trust#1) remains open because of two parcels of real estate stated in VII, and possible unknown unclaimed funds from the State of Tennessee, owned by ████████, deceased, or her Estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 05/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544